United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE PEREZ,

    Plaintiff,

v.

JP MORGAN CHASE BANK NA,

    Defendants.

No. C-12-00788 DMR

**ORDER TO SUBMIT ADDITIONAL INFORMATION**

On February 17, 2012, Plaintiff Jose Perez filed an application to proceed *in forma pauperis*. In response to question no. 5 on the application, Plaintiff stated that he owns a home and indicated its estimated market value. Plaintiff also indicated that the amount of his mortgage is $5,321.49. It is not clear whether this amount is the amount of his monthly mortgage payment or the full amount of the mortgage on his home. Therefore, Plaintiff is ordered to supplement his application by submitting a statement indicating the *full amount of the mortgage* owed on his home, and not just the monthly payment on the mortgage, **by no later than March 9, 2012.**

IT IS SO ORDERED.

Dated: March 1, 2012

_____
DONNA M. RYU
United States Magistrate Judge

