UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ, | No. C-12-00788 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JP MORGAN CHASE BANK NA, | |
| Defendants. | |

On February 17, 2012, Plaintiff Jose Perez filed an application to proceed *in forma pauperis*. On March 1, the court ordered Plaintiff to supplement his application by submitting a statement indicating the full amount of the mortgage owed on his home, and not just the monthly payment on the mortgage, by no later than March 9, 2012. No supplemental information has been filed. Accordingly, Plaintiff is ordered to submit a statement explaining why he did not respond to the court's March 1, 2012 Order, as well as provide the requested information, **by no later than March 26, 2012.** Failure to respond will result in the denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: March 14, 2012



DONNA M. RYU
United States Magistrate Judge