IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK NA, et al.,<br><br>      Defendant.<br>_____/ | No. C 12-0788 CW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND VACATING MAY 30, 2012 CASE MANAGEMENT CONFERENCE |

    Plaintiff Jose Perez filed an application for leave to proceed in forma pauperis (IFP). Plaintiff's IFP application was assigned to a magistrate judge who determined that it was incomplete. After Plaintiff failed to provide supplemental information requested by the magistrate judge, she wrote a report and recommendation that the IFP application be denied without prejudice because the information provided was insufficient to determine whether the IFP application had merit.

    On May 10, 2012, the Court issued an order adopting the magistrate judge's report and recommendation. The order stated that, within seven days, Plaintiff could re-file his IFP application or re-file his complaint with the filing fee. The Court warned Plaintiff that failure to take either action would result in dismissal of his case without prejudice.

Because Plaintiff has failed to take any action, this case is dismissed without prejudice. The case management conference scheduled for May 30, 2012 at 2:00 pm is vacated.

IT IS SO ORDERED.

Dated: 5/25/2012

CLAUDIA WILKEN
United States District Judge